

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00406-CV

| | | |
|---|---|---|
| THE PARKS OF DEER CREEK HOMEOWNERS ASSOCIATION, INC., Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-315132-20) |
| V. | § | July 29, 2021 |
| AVANTI N. HUNTER, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant The Parks of Deer Creek Homeowners Association, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Dabney Bassel
         Justice Dabney Bassel